NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

_____

2022-2069, 2022-2070, 2022-2071, 2022-2072
_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00193, IPR2021-00195, IPR2021-00208, IPR2021-00209.
_____

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the four appeals. The revised official caption is reflected above. The Certified Lists

remain due September 7, 2022.

FOR THE COURT

| | |
|---|---|
| <u>August 5, 2022</u><br>Date | <u>/s/ Peter R. Marksteiner</u><br>Peter R. Marksteiner<br>Clerk of Court |